# EXHIBIT A

From: stuart@rsctuning.com [mailto:stuart@rsctuning.com]
Sent: Tuesday, February 08, 2011 11:56 AM
To: Hershel Zelcer; Brent Martini
Subject: Re: Stuart Working Agreement REVISED

Hi guys.  Terms are agreeable.  Let's do this!!
Sent from my BlackBerry device on the Rogers Wireless Network

-----Original Message-----
From: "Hershel" <hz@rsctuning.com>
Date: Mon, 7 Feb 2011 18:33:05
To: 'Stuart Dickinson'<stuart@rsctuning.com>
Subject: FW: Stuart Working Agreement REVISED

From: Brent Martini [mailto:brent@taacllc.com]
Sent: Monday, February 07, 2011 5:20 PM
To: 'Hershel'
Cc: Brent Martini
Subject: FW: Stuart Working Agreement REVISED

I think this captures it…J

1.     VISA Process

a.     RSC will contribute 50% of VISA cost through the process as relocation accommodation

b.     If VISA process fails, RSC and Stuart will not be entitled for any reimbursement of expenses put forth in process

c.     If Stu leaves RSC employment within one year, the RSC portion of the VISA expense will be reimbursed to RSC

d.     Stu is entitled to two hours of RSC accountant time as it relates to this matter at RSC's cost

2.     Base Salary

a.     $30000.

b.     Review 6 months from time Stuart arrives full time in Miami. Potential of up to 5% increase at that time

c.     Criteria to capture all 5% to be clearly outlined ahead of time

d.     Annual reviews will occur every twelve months with increase potential typically available of 2-5%

e.     Starting date to be upon completion of VISA process or sooner if allowable

3.     Commission Program

a.     7.5% of all Stu designated sales paid bi-weekly

4.     RSC Ownership Option

a.     Stu to earn 5% ownership of RSC once RSC meets $1 million in revenues

b.     Stu to earn an additional 5% of RSC once RSC meets $2 million in revenues

c.     Stu not to be responsible for previous RSC liabilities.

d.     Stu will be responsible for commensurate % of liabilities/capital investments post RSC @ $1 million revenue level

e.     This ownership options is the same ownership shares Brent and Hershel currently have in place

5.     Additional support available will include expense reimbursement for approved Company activities such has been previous practice

a.     Such type events would include activities consistent with the promotion of RSC at industry events approved by RSC

6.     Stu maintains his independent contractor status

7.     Stu represents RSC solely for a two year period

8.     All customer information, product information, and any other information available and used during the course of doing business as RSC, is RSC's private and confidential information and may only be used for RSC

business both during the time RSC and Stuart are working together and if working relationships are terminated, for a two year period from that time. Separate confidentiality agreement to be forwarded and completed.