UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  13-CV-24028-HUCK/OTAZO-REYES

RACING SPORT CONCEPTS, LLC,

      Plaintiff,

vs.

STUART DICKINSON and VELOCITY
AUTOMOTIVE PERFORMANCE, LTD.,

      Defendants.

_____/

ORDER DENYING MOTION
FOR PARTIAL SUMMARY JUDGMENT

      This matter is before the Court on Defendants' Motion for Partial Summary Judgment [D.E. No. 20], filed June 3, 2014.  The Court has considered the Motion, the parties' written submissions, and their arguments before the Court at a hearing held on July 11, 2014.  As stated in open court, the record in this case discloses that Defendants failed to comply with the Local Rules and the Federal Rules of Civil Procedure.  Defendants did not properly file evidence supporting their Motion, and Plaintiff had no opportunity to respond to the evidence improperly filed.  Accordingly, it is hereby

      ORDERED that Defendants' Motion for Partial Summary Judgment [D.E. No. 20] is DENIED WITHOUT PREJUDICE.

      DONE and ORDERED in Chambers, Miami, Florida, on July 11, 2014.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
All Counsel of Record